UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MOALEM, | No. C 11-2386 SI (pr) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| GARY SWARTHOUT, warden, | |
| Respondent. | |

This *pro se* action for a writ of habeas corpus was filed on May 16, 2011 to challenge a decision finding petitioner not suitable for parole. On that date the court notified petitioner in writing that the action was deficient due to the failure to pay the filing fee or furnish a completed and signed court-approved *in forma pauperis* application. Petitioner was advised that failure to pay the fee or file the application materials within thirty days would result in dismissal of the action. Petitioner did not pay the filing fee or file a completed *in forma pauperis* application, and the deadline by which to do so has passed.   For the foregoing reasons, this  action is DISMISSED without prejudice for failure to pay the filing fee or submit a completed *in forma pauperis* application. The clerk shall close the file.

IT IS SO ORDERED.

DATED: July 18, 2011

SUSAN ILLSTON
United States District Judge