UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MOALEM, | No. C 11-2386 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| GARY SWARTHOUT, warden, | |
| Respondent. | |

This action is dismissed without prejudice for failure to pay the filing fee or submit a completed *in forma pauperis* application.

IT IS SO ORDERED AND ADJUDGED.

DATED: July 18, 2011

SUSAN ILLSTON
United States District Judge